WATER COMMISSIONERS OF THE MAYOR AND BOARD OF ALDERMEN OF THE TOWN OF DOVER v. TOWNSHIP OF RANDOLPH.

October 24, 1983.

Petition for certification denied.


STATE OF NEW JERSEY v. ROOSEVELT JOHNSON.

October 24, 1983.

Petition for certification denied.


STATE OF NEW JERSEY v. MAURICE OLLIVIERRE.

October 24, 1983.

Petition for certification denied.


STATE OF NEW JERSEY v. HARVEY JOHNS.

October 24, 1983.

Petition for certification denied.